UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERESA CAVALLO, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:24−cv−00884 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HOTEL FINANCE PARTNERS | § | |
| INC., et al., | § | |
| Defendants. | § | |

JOINT STATUS REPORT

Pursuant to this Court's order (ECF No. 57), Plaintiff and Defendants submit the following Joint Status Report:

The parties are ready to proceed with discovery and have contemporaneously filed a proposed First Amended Scheduling and Docket Control Order that shall govern further proceedings in this matter.

Defendants have not served an Answer to the First Amended Complaint.

Respectfully submitted,

October 24, 2025           /s/ William B. Thomas
Date                       William B. Thomas (*Attorney in charge*)
                           Tex. Bar No. 24083965
                           S.D. Tex. Fed. ID No. 2137893
                           Ryan Goodland
                           Tex. Bar No. 24087604
                           S.D. Tex. Fed. ID No. 3609239
                           **McDowell Hetherington LLP**
                           1001 Fannin St
                           Houston, TX 77002
                           William.thomas@mhllp.com
                           Ryan.goodland@mhllp.com
                           (713) 333-5888

                           John M. McHugh (*Pro hac vice*)
                           **Fennemore Craig, P.C.**

                    1700 Lincoln Street, Ste. 2400
                    Denver, CO 80203
                    jmchugh@fennemorelaw.com
                    (303) 291-3200

| October 24, 2025 | */s/ Gavin Clarkson* |
|---|---|
| Date | Dr. Gavin Clarkson |
| | Tex. Bar No. 24067335 |
| | S.D. Tex. Fed. ID No. 3849976 |
| | Clarkson PLLC |
| | 1773 Westborough Drive, Ste. 927 |
| | Katy, TX 77449 |
| | drgavin@clarkson.llc |